IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>               Plaintiff<br><br>v.<br><br>DROPBOX, INC.,<br><br>               Defendant. | Civil Action No.: 6:23-cv-303-ADA<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**NOTICE OF AGREED EXTENSION**

Motion Offense, LLC ("Motion Offense") hereby notifies the Court that the parties have agreed to extend the deadline for Motion Offense to file a response to Dropbox, Inc.'s Motion to Stay (Dkt. 41) to January 19, 2024. The agreed extension will not change the date of a hearing, trial, or other deadline.

Dated:  January 11, 2024

/s/ Andrew J. Sherman
Timothy Devlin
Derek Dahlgren (*pro hac vice*)
Andrew J. Sherman (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
asherman@devlinlawfirm.com

*Attorneys for Plaintiff Motion Offense, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 11, 2024.

                                     */s/ Andrew Sherman*
                                     Andrew Sherman