# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC, *Plaintiff* | C.A. No.: 6:23-cv-00303-ADA |
| v. | **JURY TRIAL DEMANDED** |
| DROPBOX, INC., *Defendant.* | **PATENT CASE** |

## NOTICE OF FILING OF INTER PARTES REVIEW

Plaintiff Motion Offense, LLC ("Plaintiff" or "Motion Offense") hereby submits this Notice of Filing of *Inter Partes Review*. On January 22, 2024 Dropbox, Inc. ("Dropbox") filed two Petitions for *Inter Partes Review* of U.S. Patent No. 11,611,520 (Petition Nos. 2024-00286 and 2024-00287), before the United States Patent & Trademark Office ("PTO").

The PTO has not issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner Preliminary Response and thus Motion Offense is unable to provide precise deadlines. However, Motion Offense anticipates that Institution Decisions will issue around June 2024 and, if instituted, that Final Written Decisions will issue around June 2025.

Dated: January 25, 2024							Respectfully submitted,

                                                               */s/ Andrew Sherman*
                                                               Timothy Devlin (DE Bar No. 4241)
                                                                Derek Dahlgren (*pro hac vice*)
                                                                Andrew Sherman (*pro hac vice*)
                                                                **DEVLIN LAW FIRM LLC**
                                                                1526 Gilpin Ave.,
                                                                Wilmington, DE 19806
                                                                Telephone: (302) 449-9010
                                                                tdevlin@devlinlawfirm.com
                                                                ddahlgren@devlinlawfirm.com
                                                                asherman@devlinlawfirm.com

                                                                *ATTORNEYS FOR PLAINTIFF*
                                                                *MOTION OFFENSE, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                               */s/ Andrew Sherman*
                                                               Andrew Sherman