# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DROPBOX, INC.,<br><br>    Defendant. | Case No. 6:23-cv-00303-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that Dropbox, Inc. counsel Gregory H. Lantier and Liv Herriot recently changed firms and are now with Sidley Austin, LLC and have the following contact information:

| | |
|---|---|
| Gregory H. Lantier<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W.<br>Washington DC 20005<br>Tel: (202) 736-8851<br>gregory.lantier@sidley.com | Liv Herriot<br>**SIDLEY AUSTIN LLP**<br>1001 Page Mill Road, Bldg. 1<br>Palo Alto California 94304<br>Tel: (650) 565-7098<br>liv.herriot@sidley.com |

Dropbox respectfully requests that the Court's docket in the above-styled cause is updated accordingly.

March 16, 2026

                Respectfully Submitted,

                */s/ Kelly Ransom*
                Kelly Ransom
                Texas State Bar No. 24109427
                **KELLY HART & HALLMAN LLP**
                303 Colorado, Suite 2000
                Austin, Texas 78701
                Tel: (512) 495-6464
                kelly.ransom@kellyhart.com

                and

>Gregory H. Lantier
>**SIDLEY AUSTIN LLP**
>1501 K Street, N.W.
>Washington DC 20005
>Tel: (202) 736-8851
>gregory.lantier@sidley.com
>
>Liv Herriot
>**SIDLEY AUSTIN LLP**
>1001 Page Mill Road
>Building 1
>Palo Alto California 94304
>Tel: (650) 565-7098
>liv.herriot@sidley.com
>
>***Attorneys for Dropbox, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on March 16, 2026.

>*/s/ Kelly Ransom*
>Kelly Ransom